| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Opperman, Daniel S. | 2. Court or Organization<br><br>Bankruptcy Eastern District MI | 3. Date of Report<br><br>04/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>111 First Street<br>Bay City, Michigan 48708 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member and Treasurer, Vice Chair | Midland Center for the Arts |
| 2. | Board Member | College of Arts and Sciences, Eastern Michigan University |
| 3. | Member | Bankruptcy Appellate Panel |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | DowDuPont f/k/a The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2017 | DowDuPont f/k/a The Dow Chemical Company - Pension |
| 3. 2017 | Opperman Consulting LLC - Earnings |
| 4. 2017 | Orrick, Herrington & Satcliffle, L.L.P. - Consultant Fees |
| 5. 2017 | Isabella Bank Corporation - Director Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 07/27/17-07/29/17 | Boyne Highlands, MI | Seminar | Transportation and Lodging |
| 2. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/10/17 | Troy, MI | Seminar | Transportation and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. Huntington Bank f/k/a First Merit Bank f/k/a Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | L | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | K | T | | | | | |
| 6. E-Trade | A | Interest | L | T | | | | | |
| 7. Raymond James | A | Interest | K | T | | | | | |
| 8. Isabella Bank | A | Interest | M | T | | | | | |
| 9. Certificates of Deposit "(H)" | | | | | | | | | |
| 10. Members First Credit Union | B | Interest | L | T | | | | | |
| 11. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 12. Mayville State Bank | A | Interest | K | T | | | | | |
| 13. Isabella Bank | A | Interest | L | T | | | | | |
| 14. Municipal Bonds "(H)" | | | | | | | | | |
| 15. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 16. MARYLAND ST GO ULT | B | Interest | L | T | | | | | |
| 17. Muniyield Michigan Insured | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 19. MICHIGAN ST Trunk Line | A | Interest | K | T | | | | | |
| 20. MINNESOTA ST GO ULT | A | Interest | K | T | | | | | |
| 21. NEW MEXICO ST GO ULT | A | Interest | K | T | Sold (part) | 03/20/17 | K | A | |
| 22. OAKLAND CNTY MI | A | Interest | K | T | | | | | |
| 23. OREGON ST GO ULT | A | Interest | K | T | | | | | |
| 24. PENNSYLVANIA ST GO ULT | A | Interest | K | T | | | | | |
| 25. SAGINAW MI TWP | A | Interest | K | T | | | | | |
| 26. TEXAS ST GO ULT | A | Interest | K | T | | | | | |
| 27. Treasury Bills | A | Interest | N | T | | | | | |
| 28. WASHINGTON ST GO ULT | C | Interest | L | T | | | | | |
| 29. Real Estate "(H)" | | | | | | | | | |
| 30. Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |
| 31. Life Insurance "(H)" | | | | | | | | | |
| 32. Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 33. Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 34. ATMOS Energy | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citizens Communications | A | Dividend | J | T | | | | | |
| 36. Chevron Corporation | B | Dividend | K | T | | | | | |
| 37. CMS Energy | A | Dividend | K | T | | | | | |
| 38. DowDuPont f/k/a The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 39. Great Plains Energy | A | Interest | J | T | | | | | |
| 40. Highwoods Property | A | Dividend | J | T | | | | | |
| 41. News Corp | A | Dividend | J | T | | | | | |
| 42. 20th Century Fox | A | Dividend | J | T | | | | | |
| 43. Northwestern Corp | A | Dividend | J | T | | | | | |
| 44. XCEL Energy | A | Dividend | K | T | | | | | |
| 45. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 46. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 47. Alliance Bernstein Int'l Growth | A | Dividend | K | T | | | | | |
| 48. Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 49. Camden Property | A | Dividend | J | T | | | | | |
| 50. Centrus Energy Corp. | | None | J | T | | | | | |
| 51. Equity Commonwealth | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Essex Property | A | Dividend | J | T | | | | | |
| 53. First Industrial Realty | A | Dividend | J | T | | | | | |
| 54. Five Star Quality Care Inc. | | None | J | T | | | | | |
| 55. Golden Ocean Group, Ltd. f/k/a Knightsbridge Shipping | | None | J | T | | | | | |
| 56. Great Plains Energy | A | Dividend | J | T | | | | | |
| 57. JBG Smith Properties | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 58. John Hancock Financial | | None | J | T | | | | | |
| 59. Nordic American Tanker | A | Dividend | J | T | | | | | |
| 60. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 61. Southern Company | A | Dividend | J | T | | | | | |
| 62. TECO Energy Inc. | A | Dividend | | | Sold | 06/29/17 | J | A | |
| 63. Vornado Realty | A | Dividend | J | T | | | | | |
| 64. Urban Edge Properties | A | Dividend | J | T | | | | | |
| 65. Stocks and Certificates "(H)" | | | | | | | | | |
| 66. DowDuPont f/k/a The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 67. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 68. Restricted Stock - DowDuPont f/k/a The Dow Chemical Company | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Restricted Stock - Isabella Bank Corporation | B | Dividend | K | T | | | | | |
| 70. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 71. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 72. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 73. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 74. Acuity Brands, Inc. | A | Dividend | | | Sold (part) | 02/09/17 | K | B | |
| 75. | | | | | Sold | 04/21/17 | K | B | |
| 76. Akamai Tech. Inc. | | None | | | Sold | 07/28/17 | K | A | |
| 77. Allergan Inc | A | Dividend | | | Sold | 06/05/17 | K | D | |
| 78. Amazon.com Inc. | | None | L | T | Sold (part) | 04/05/17 | J | C | |
| 79. | | | | | Sold (part) | 11/28/17 | K | D | |
| 80. American Tower Corp. | B | Dividend | L | T | Sold (part) | 05/17/17 | J | C | |
| 81. | | | | | Sold (part) | 09/19/17 | L | E | |
| 82. | | | | | Buy (add'l) | 12/04/17 | L | | |
| 83. A.O. Smith Corp. | B | Dividend | K | T | Sold (part) | 01/04/17 | K | D | |
| 84. | | | | | Sold (part) | 05/17/17 | J | C | |
| 85. | | | | | Buy (add'l) | 07/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/23/17 | J | A | |
| 87. Apple Computer Inc. | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 88. Bristol-Myers Squibb | A | Dividend | | | Sold | 01/11/17 | K | A | |
| 89. Carter's Inc. | A | Dividend | K | T | | | | | |
| 90. Celgene Corp. | | None | L | T | Buy (add'l) | 11/01/17 | J | | |
| 91. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 92. | | | | | Sold (part) | 11/29/17 | K | A | |
| 93. Charles Schwab Corp. | A | Dividend | L | T | Buy | 01/04/17 | L | | |
| 94. | | | | | Buy (add'l) | 02/10/17 | K | | |
| 95. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 96. | | | | | Sold (part) | 10/10/17 | L | C | |
| 97. | | | | | Buy (add'l) | 11/27/17 | K | | |
| 98. | | | | | Sold (part) | 12/15/17 | K | B | |
| 99. Dollar Tree Inc | | None | K | T | Buy (add'l) | 04/20/17 | J | | |
| 100. | | | | | Sold (part) | 09/14/17 | K | B | |
| 101. DowDuPont f/k/a Dow Chemical Co | B | Dividend | L | T | | | | | |
| 102. Edwards Lifesciences | | None | L | T | Sold (part) | 07/28/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 104. EPAM Systems | | None | L | T | Buy | 05/15/17 | K | | |
| 105. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 106. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 107. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 108. | | | | | Sold (part) | 11/15/17 | K | C | |
| 109. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 110. Facebook Inc. | | None | L | T | Sold (part) | 05/15/17 | J | C | |
| 111. | | | | | Sold (part) | 07/28/17 | J | D | |
| 112. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 113. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | L | T | Buy (add'l) | 03/31/17 | K | | |
| 114. | | | | | Sold (part) | 05/17/17 | K | B | |
| 115. | | | | | Sold (part) | 10/23/17 | J | B | |
| 116. Guidewire Software | A | Dividend | K | T | Buy | 06/29/17 | K | | |
| 117. | | | | | Sold (part) | 09/08/17 | K | B | |
| 118. | | | | | Buy (add'l) | 11/02/17 | K | | |
| 119. Henry Schein | | None | | | Sold (part) | 09/05/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/20/17 | K | D | |
| 121. Illumina Inc. | | None | L | T | Buy | 08/08/17 | K | | |
| 122. | | | | | Buy (add'l) | 08/21/17 | K | | |
| 123. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 02/09/17 | K | A | |
| 124. | | | | | Sold (part) | 03/13/17 | K | C | |
| 125. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 126. KAR Auction Services Ind. | B | Dividend | K | T | Sold (part) | 06/29/17 | K | A | |
| 127. LKQ Corp. | | None | L | T | Buy (add'l) | 11/03/17 | K | | |
| 128. Omnicell Inc. | | None | L | T | Sold (part) | 05/04/17 | J | B | |
| 129. | | | | | Sold (part) | 09/08/17 | J | C | |
| 130. | | | | | Buy (add'l) | 09/22/17 | K | | |
| 131. O'Reilly Automotive Inc | | None | | | Sold (part) | 05/03/17 | K | E | |
| 132. | | | | | Sold | 05/31/17 | K | E | |
| 133. Proofpoint, Inc. | | None | L | T | Buy | 11/15/17 | K | | |
| 134. | | | | | Buy (add'l) | 11/28/17 | K | | |
| 135. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 136. RBC Money Market | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Red Hat Inc. | | None | L | T | Buy | 04/04/17 | K | | |
| 138. | | | | | Buy (add'l) | 04/20/17 | K | | |
| 139. | | | | | Buy (add'l) | 06/28/17 | K | | |
| 140. | | | | | Sold (part) | 09/05/17 | J | A | |
| 141. | | | | | Sold (part) | 10/04/17 | K | D | |
| 142. | | | | | Sold (part) | 11/27/17 | J | C | |
| 143. Salesforce.com | | None | L | T | Buy | 07/28/17 | K | | |
| 144. | | | | | Buy (add'l) | 08/24/17 | K | | |
| 145. | | | | | Buy (add'l) | 09/14/17 | K | | |
| 146. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 147. | | | | | Sold (part) | 11/27/17 | K | B | |
| 148. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 149. Signature Bank NY | | None | L | T | Buy (add'l) | 04/20/17 | K | | |
| 150. Splunk Inc. | | None | L | T | Buy | 09/05/17 | K | | |
| 151. | | | | | Buy (add'l) | 09/14/17 | K | | |
| 152. | | | | | Sold (part) | 11/27/17 | K | C | |
| 153. | | | | | Buy (add'l) | 12/15/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SPS Commerce | | None | | | Sold | 09/22/17 | K | A | |
| 155. Starbucks | A | Dividend | K | T | Sold (part) | 08/09/17 | K | D | |
| 156. Ulta Salon | | None | L | T | Buy (add'l) | 09/08/17 | K | | |
| 157. | | | | | Sold (part) | 09/14/17 | K | C | |
| 158. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 159. The Ultimate Software Group | | None | K | T | Sold (part) | 01/09/17 | J | A | |
| 160. | | | | | Sold (part) | 08/10/17 | K | A | |
| 161. Verisk Analytics | | None | | | Sold | 06/01/17 | K | C | |
| 162. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 163. Acuity Brands Inc. | A | Dividend | | | Sold (part) | 02/09/17 | J | A | |
| 164. | | | | | Sold | 04/25/17 | J | A | |
| 165. Akamai Tech Inc. | | None | | | Buy | 01/03/17 | J | | |
| 166. | | | | | Sold | 07/28/17 | J | A | |
| 167. Allergan formerly Actavis | | None | | | Buy | 02/14/17 | J | | |
| 168. | | | | | Sold | 06/05/17 | J | A | |
| 169. Amazon.com Inc. | | None | J | T | | | | | |
| 170. American Tower Corp. | A | Dividend | J | T | Sold (part) | 08/21/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 09/19/17 | J | A | |
| 172. | | | | | Buy<br>(add'l) | 12/15/17 | J | | |
| 173. A.O. Smith Corp. | A | Dividend | J | T | Sold<br>(part) | 01/03/17 | J | A | |
| 174. | | | | | Buy<br>(add'l) | 02/14/17 | J | | |
| 175. | | | | | Sold<br>(part) | 10/23/17 | J | A | |
| 176. Carter's Inc. | A | Dividend | J | T | | | | | |
| 177. Celgene Corp. | | None | J | T | Sold<br>(part) | 11/16/17 | J | A | |
| 178. Charles Schwab Corp. | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 179. | | | | | Buy<br>(add'l) | 01/04/17 | J | | |
| 180. | | | | | Buy<br>(add'l) | 02/10/17 | J | | |
| 181. | | | | | Sold<br>(part) | 10/10/17 | J | A | |
| 182. | | | | | Buy<br>(add'l) | 11/27/17 | J | | |
| 183. CHEVRON CORP. | A | Dividend | J | T | | | | | |
| 184. Dollar Tree Inc. | | None | J | T | Sold<br>(part) | 09/14/17 | J | A | |
| 185. Dreyfus Money Market | A | Dividend | J | T | | | | | |
| 186. Edwards Lifesciences | | None | J | T | Sold<br>(part) | 07/28/17 | J | A | |
| 187. EPAM Systems | | None | J | T | Buy | 05/15/17 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 189. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 190. | | | | | Sold (part) | 11/15/17 | J | A | |
| 191. Facebook Inc. | | None | J | T | Sold (part) | 07/28/17 | J | A | |
| 192. FEDEX CORP. | | None | J | T | | | | | |
| 193. Google Inc. Cl a/k/a A/Alphabet Inc. C1 A | | None | J | T | | | | | |
| 194. Guidewire Software | A | Dividend | J | T | Buy | 06/29/17 | J | | |
| 195. | | | | | Sold (part) | 09/08/17 | J | A | |
| 196. Henry Schein | | None | | | Sold (part) | 09/05/17 | J | A | |
| 197. | | | | | Sold | 11/20/17 | J | A | |
| 198. Illumina Inc. | | None | J | T | Buy | 08/08/17 | J | | |
| 199. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 200. INTEL CORP. | A | Interest | | | Sold | 10/23/17 | J | A | |
| 201. Intuitive Surgical Inc. | | None | J | T | Sold (part) | 02/09/17 | J | A | |
| 202. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 203. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 204. KAR Auction Services Ind. | A | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. LKQ Corp. | | None | J | T | Sold (part) | 04/25/17 | J | A | |
| 206. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 207. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 208. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 209. MCKESSON CORP. | A | Dividend | J | T | | | | | |
| 210. Omnicell Inc. | | None | J | T | Sold (part) | 05/04/17 | J | A | |
| 211. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 212. O'REILLY AUTOMOTIVE CORP. | A | Dividend | J | T | | | | | |
| 213. O'Reilly Automotive Inc. | | None | | | Sold (part) | 05/03/17 | J | A | |
| 214. | | | | | Sold | 05/31/17 | J | A | |
| 215. Proofpoint, Inc. | | None | J | T | Buy | 11/16/17 | J | | |
| 216. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 217. Red Hat Inc. | | None | J | T | Buy | 04/04/17 | J | | |
| 218. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 219. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 220. | | | | | Sold (part) | 10/04/17 | J | A | |
| 221. Salesforce.com | | None | J | T | Buy | 07/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 223. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 224. Signature Bank NY | | None | J | T | Buy | 04/25/17 | J | | |
| 225. Splunk Inc. | | None | J | T | Buy | 09/05/17 | J | | |
| 226. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 227. | | | | | Sold (part) | 11/27/17 | J | A | |
| 228. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 229. SPS Commerce | | None | | | Buy | 01/03/17 | J | | |
| 230. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 231. | | | | | Sold | 09/22/17 | J | A | |
| 232. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 08/09/17 | J | A | |
| 233. STRYKER COPR. | A | Dividend | J | T | | | | | |
| 234. Ulta Salon | | None | J | T | Sold (part) | 04/25/17 | J | A | |
| 235. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 236. | | | | | Sold (part) | 09/14/17 | J | A | |
| 237. The Ultimate Software Group | | None | J | T | Sold (part) | 01/09/17 | J | A | |
| 238. Verisk Analytics | | None | | | Sold | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. WALT DISNEY CO. | A | Dividend | J | T | Buy | 11/06/17 | J | | |
| 240. WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 241. Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 242. Abbott Lab | A | Dividend | K | T | Buy (add'l) | 06/20/17 | J | | |
| 243. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 244. Accenture LTD Cl A | A | Dividend | K | T | Sold (part) | 03/03/17 | J | C | |
| 245. Allergan f/k/a Actavis | | None | | | Sold | 06/23/17 | K | B | |
| 246. Amphenol Corp. C1 A | A | Dividend | K | T | Buy (add'l) | 09/19/17 | K | | |
| 247. Apple Computer Inc. | A | Dividend | J | T | Sold (part) | 04/03/17 | J | D | |
| 248. | | | | | Sold (part) | 05/17/17 | J | B | |
| 249. | | | | | Sold (part) | 06/09/17 | K | D | |
| 250. AptarGroup Inc. | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 251. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 252. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 253. Avago Technologies Ltd. | A | Dividend | | | Sold | 07/20/17 | K | B | |
| 254. Ball Corp. | A | Dividend | K | T | Buy | 03/03/17 | K | | |
| 255. | | | | | Buy (add'l) | 04/03/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 257. Baxter Int'l Inc. | A | Dividend | K | T | Sold (part) | 05/17/17 | J | B | |
| 258. Becton Dickinson | A | Dividend | K | T | Sold (part) | 01/06/17 | K | D | |
| 259. | | | | | Buy (add'l) | 04/03/17 | K | | |
| 260. Black Rock Inc. | A | Dividend | L | T | Buy (add'l) | 03/03/17 | K | | |
| 261. Boeing Co. | A | Dividend | K | T | Buy | 07/14/17 | K | | |
| 262. Broadcom Ltd. | A | Dividend | K | T | Sold (part) | 05/19/17 | K | D | |
| 263. | | | | | Buy (add'l) | 09/19/17 | K | | |
| 264. Canadian Nat'l Railway | A | Dividend | K | T | | | | | |
| 265. Check Point Software | | None | | | Sold | 07/20/17 | K | D | |
| 266. Chevron Corp. | B | Dividend | L | T | | | | | |
| 267. China Biologic Products | | None | | | Sold (part) | 08/08/17 | J | A | |
| 268. | | | | | Sold | 11/14/17 | J | A | |
| 269. Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 270. Comcast Corp | A | Dividend | | | Sold (part) | 05/17/17 | J | A | |
| 271. | | | | | Sold (part) | 09/07/17 | K | C | |
| 272. | | | | | Sold | 11/03/17 | K | B | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Costco Wholesale | A | Dividend | K | T | Buy (add'l) | 03/03/17 | K | | |
| 274. | | | | | Sold (part) | 07/14/17 | K | C | |
| 275. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 276. CVS Corp. | A | Dividend | K | T | | | | | |
| 277. Dassault Systems S.A. | A | Dividend | K | T | Sold (part) | 04/06/17 | K | B | |
| 278. DBS Group | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 279. Diageo PLC ADR | A | Dividend | K | T | Buy | 08/14/17 | J | | |
| 280. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 281. Discover Financial | A | Dividend | K | T | Buy (add'l) | 07/14/17 | J | | |
| 282. Enterprise Prod | A | Dividend | J | T | | | | | |
| 283. Estee Lauder C1A | A | Dividend | K | T | Buy | 08/22/17 | K | | |
| 284. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 285. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 286. Exxon Mobil Corp. | A | Dividend | | | Sold | 12/06/17 | K | A | |
| 287. Fastenal Co. | A | Dividend | K | T | Buy | 07/27/17 | J | | |
| 288. Fomento Eco Mexicano | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 289. | | | | | Buy (add'l) | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold (part) | 12/13/17 | J | A | |
| 291. General Dynamics | A | Dividend | K | T | | | | | |
| 292. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | L | T | | | | | |
| 293. GRAND RAPIDS | A | Dividend | K | T | Buy | 09/18/17 | K | | |
| 294. Grupo Aeroportuano Cen-ADR | A | Dividend | | | Buy | 04/11/17 | J | | |
| 295. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 296. | | | | | Sold | 11/14/17 | K | A | |
| 297. Henkel AG & Co. KGaA | A | Dividend | J | T | Sold (part) | 11/06/17 | J | A | |
| 298. Home Depot Inc. | A | Dividend | K | T | Sold (part) | 05/17/17 | K | C | |
| 299. | | | | | Sold (part) | 07/20/17 | K | D | |
| 300. | | | | | Buy (add'l) | 09/19/17 | K | | |
| 301. | | | | | Sold (part) | 12/06/17 | K | C | |
| 302. Hormel Foods Corp. | A | Dividend | | | Sold | 06/20/17 | J | A | |
| 303. Isabella Bank Corporation | D | Dividend | N | T | Buy (add'l) | 04/17/17 | J | | |
| 304. iShares FTSE/China 25 | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 305. iShares MCSI EAFE | A | Dividend | K | T | Buy (add'l) | 08/31/17 | J | | |
| 306. | | | | | Buy (add'l) | 12/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. iShares MSCI Emerging | B | Dividend | K | T | Buy (add'l) | 03/20/17 | J | | |
| 308. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 309. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 310. iShares MSCI EU Financial | A | Dividend | K | T | Buy (add'l) | 08/31/17 | J | | |
| 311. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 312. Japan Index | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 313. JB Hunt Transport | A | Dividend | K | T | Buy | 07/14/17 | J | | |
| 314. JOHNSON & JOHNSON | B | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 315. | | | | | Buy (add'l) | 11/14/17 | K | | |
| 316. Kinder Morgan Inc. | A | Dividend | | | Sold | 11/14/17 | J | A | |
| 317. Marsh & McLennan | A | Dividend | K | T | | | | | |
| 318. McCormick & Co. | A | Dividend | K | T | | | | | |
| 319. Medtronic PLC | A | Dividend | | | Sold (part) | 01/03/17 | J | A | |
| 320. | | | | | Sold | 08/22/17 | J | A | |
| 321. Microsoft Corp. | B | Dividend | K | T | Sold (part) | 09/22/17 | K | D | |
| 322. | | | | | Buy (add'l) | 12/15/17 | K | | |
| 323. Mondelez International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. New Oriental Education SP ADR | A | Dividend | K | T | Sold (part) | 05/15/17 | J | C | |
| 325. | | | | | Sold (part) | 09/13/17 | J | C | |
| 326. | | | | | Sold (part) | 10/09/17 | K | D | |
| 327. | | | | | Buy (add'l) | 11/14/17 | K | | |
| 328. Nike Inc. | A | Dividend | | | Sold | 08/21/17 | J | D | |
| 329. Nippon Tel & Tel ADR | A | Dividend | K | T | | | | | |
| 330. Omnicom Group Inc. | A | Dividend | | | Sold | 11/14/17 | K | A | |
| 331. Oneok Partners LP | B | Dividend | K | T | | | | | |
| 332. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 333. Prudential PLC | A | Dividend | K | T | Buy | 04/11/17 | K | | |
| 334. Reins Grp of America | A | Dividend | K | T | | | | | |
| 335. Republic Services | A | Dividend | K | T | Sold (part) | 05/17/17 | J | C | |
| 336. Rockwell Collins Inc. | A | Dividend | | | Buy | 05/15/17 | K | | |
| 337. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 338. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 339. | | | | | Sold (part) | 08/17/17 | K | C | |
| 340. | | | | | Sold | 09/06/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Ross Stores | A | Dividend | K | T | Sold (part) | 06/20/17 | K | D | |
| 342. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 343. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 344. Royal Caribbean Cruises Ltd. | A | Dividend | K | T | Buy | 08/18/17 | J | | |
| 345. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 346. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 347. S&P 500 Trust | A | Dividend | K | T | | | | | |
| 348. Schlumberger Ltd. | A | Dividend | | | Sold | 11/14/17 | J | A | |
| 349. Shire Ltd. ADR | A | Dividend | | | Sold (part) | 08/04/17 | J | A | |
| 350. | | | | | Sold | 11/14/17 | J | A | |
| 351. Stryker Corp. | A | Dividend | K | T | Sold (part) | 05/17/17 | J | C | |
| 352. | | | | | Buy (add'l) | 12/06/17 | K | | |
| 353. Svenska Cellulosa a/k/a Essity Aktiebolag | | None | K | T | Sold (part) | 03/21/17 | J | B | |
| 354. | | | | | Sold (part) | 07/12/17 | J | B | |
| 355. Taiwan Semiconductor | A | Dividend | K | T | Sold (part) | 05/15/17 | J | B | |
| 356. | | | | | Sold (part) | 06/05/17 | J | C | |
| 357. Tata Motors Ltd. | A | Dividend | | | Buy (add'l) | 09/14/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold | 12/08/17 | J | A | |
| 359. Teekay Offshore | A | Dividend | | | Sold | 05/15/17 | J | A | |
| 360. TELUS Corp. | B | Dividend | K | T | Buy (add'l) | 12/06/17 | J | | |
| 361. Toronto-Dominion Bank | A | Dividend | | | Sold | 03/10/17 | J | B | |
| 362. Total System Services, Inc. | A | Dividend | K | T | Buy (add'l) | 11/02/17 | J | | |
| 363. Ulta Salon | | None | | | Sold (part) | 03/03/17 | K | D | |
| 364. | | | | | Sold (part) | 04/03/17 | J | D | |
| 365. | | | | | Buy (add'l) | 07/14/17 | K | | |
| 366. | | | | | Sold | 09/19/17 | L | D | |
| 367. Unilever NV | A | Dividend | K | T | Sold (part) | 09/06/17 | J | B | |
| 368. UnitedHealth Group | A | Dividend | L | T | Sold (part) | 02/17/17 | L | E | |
| 369. | | | | | Buy (add'l) | 07/12/17 | K | | |
| 370. | | | | | Buy (add'l) | 09/19/17 | K | | |
| 371. | | | | | Buy (add'l) | 12/01/17 | K | | |
| 372. Union Pacific Corp. | B | Dividend | L | T | Buy (add'l) | 01/20/17 | J | | |
| 373. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 374. | | | | | Buy (add'l) | 11/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Verizon | A | Dividend | | | Sold | 08/22/17 | J | C | |
| 376. Visa Inc. | A | Dividend | L | T | | | | | |
| 377. West Pharmaceutical Services | A | Dividend | J | T | | | | | |
| 378. Westinghouse Air Brake Tech. | A | Dividend | | | Buy | 01/26/17 | J | | |
| 379. | | | | | Buy (add'l) | 07/12/17 | K | | |
| 380. | | | | | Sold | 11/14/17 | K | A | |
| 381. Wisdom Tree Europe | A | Dividend | K | T | | | | | |
| 382. Wisdom Tree Japan | A | Dividend | J | T | Sold (part) | 09/25/17 | J | B | |
| 383. WNS Holdings Ltd-ADR | | None | K | T | Buy | 08/04/17 | J | | |
| 384. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 385. WPP PLC | A | Dividend | | | Sold (part) | 03/20/17 | J | A | |
| 386. | | | | | Sold (part) | 04/24/17 | J | A | |
| 387. | | | | | Sold | 12/13/17 | J | A | |
| 388. Zoetis Inc. | A | Dividend | K | T | | | | | |
| 389. Retirement Funds "(H)" | | | | | | | | | |
| 390. ABBEY Capital Futures | | None | J | T | Buy (add'l) | 08/28/17 | J | | |
| 391. American Mutual Fund Class F2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. AMG Southernsun U.S. Equity | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 393. | | | | | Sold (part) | 11/14/17 | J | A | |
| 394. AQR Diversified Arbitrage Fund | A | Dividend | J | T | | | | | |
| 395. AQR Managed Futures Strategy Fund | A | Dividend | J | T | Buy (add'l) | 08/28/17 | J | | |
| 396. AQR Style Premium Alternative | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 397. Artisan International Fund | A | Dividend | J | T | Buy (add'l) | 10/27/17 | J | | |
| 398. ASG Global Alternatives Fund | A | Dividend | J | T | | | | | |
| 399. Blackrock Event Driven Equity Fund | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 400. Boston Partners Long/Short Research Fund | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 401. Bristol Myers | A | Dividend | J | T | | | | | |
| 402. Brown Advisory Growth Equity Fund | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 403. Care Cap Properties | A | Dividend | | | Redeemed | 08/17/17 | J | A | |
| 404. Causeway International | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 405. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 406. Chiron Capital Allocation Fund | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 407. Clearbridge Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 408. CM Finance | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | | | | | |
| 410. Deutsche Global Real Estate | A | Dividend | J | T | | | | | |
| 411. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 412. Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 413. Dreyfus Global Real Return | A | Dividend | J | T | Buy (add'l) | 08/28/17 | J | | |
| 414. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 415. Europacific Growth Fund Class F1 | A | Dividend | L | T | Sold (part) | 10/27/17 | J | A | |
| 416. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 417. Gateway Fund Class | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 418. Global Sachs Strategic Income Fund | A | Dividend | J | T | | | | | |
| 419. Harding Loevner Emerging Markets | | None | J | T | Sold (part) | 10/27/17 | J | A | |
| 420. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 421. International Paper Co. | B | Dividend | K | T | | | | | |
| 422. Ivy Asset Strategy Fund | A | Dividend | J | T | | | | | |
| 423. iShares TR Core MSCI EAFE | A | Dividend | K | T | Buy (add'l) | 07/20/17 | J | | |
| 424. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 425. iSharse TR Core US AGGBD ET | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. iShares TR Min Vol USA | A | Dividend | K | T | Buy | 11/14/17 | K | | |
| 427. John Hancock Disciplined Value Fund | A | Dividend | K | T | Sold (part) | 07/20/17 | J | A | |
| 428. John Hancock Global Absolute Return | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 429. JPMorgan Certificate of Deposit | | None | K | T | | | | | |
| 430. JPMorgan Value Advantage Fund | A | Dividend | K | T | Sold (part) | 07/20/17 | J | A | |
| 431. Lazard Emerging Markets Equity Port | A | Dividend | J | T | Sold (part) | 07/20/17 | J | A | |
| 432. | | | | | Sold (part) | 10/27/17 | J | A | |
| 433. Locorr Market Trend | A | Dividend | J | T | Buy (add'l) | 08/28/17 | J | | |
| 434. Loomis Sayles Growth Fund | A | Dividend | K | T | | | | | |
| 435. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 436. MFS International Growth Fund | A | Dividend | K | T | Sold (part) | 07/20/17 | J | A | |
| 437. | | | | | Sold (part) | 08/28/17 | J | A | |
| 438. | | | | | Sold (part) | 10/27/17 | J | A | |
| 439. Neuberger Berman Long Short Fund | A | Dividend | J | T | Sold (part) | 11/13/17 | J | A | |
| 440. Oakmark International | A | Dividend | J | T | Sold (part) | 10/27/17 | J | A | |
| 441. Prudential High Yield Fund | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 442. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Sabra Healthcare | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 444. Starbucks | A | Dividend | J | T | | | | | |
| 445. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 446. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 447. T Rowe Price Small Cap Value Fund | A | Dividend | K | T | Sold (part) | 11/14/17 | J | A | |
| 448. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 449. Vanguard Index Funds S&P 500 | A | Dividend | K | T | Sold (part) | 11/14/17 | K | A | |
| 450. Vanguard Market Neutral | A | Dividend | J | T | Sold (part) | 07/20/17 | J | A | |
| 451. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 452. Victory Integrity Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 07/20/17 | J | A | |
| 453. | | | | | Sold (part) | 11/14/17 | J | A | |
| 454. Victory Trivalent Intl | A | Dividend | J | T | Sold (part) | 10/27/17 | J | A | |
| 455. Virtus Emerging Markets | A | Dividend | J | T | | | | | |
| 456. Voya International Real Estate | A | Dividend | J | T | | | | | |
| 457. Wells Fargo Advantage Absolute Return Fund | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 458. | | | | | Sold (part) | 11/13/17 | J | A | |
| 459. Wells Fargo Advantage Intl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 37

**Name of Person Reporting**

**Opperman, Daniel S.**

**Date of Report**

04/30/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |
| 461. Wells Fargo International Value Fund | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 462. Western Asset Total Return | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 463. | | | | | Sold (part) | 08/28/17 | J | A | |
| 464. William Blair Marco | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 465. William Blair Macro Allocation Fund | A | Dividend | J | T | | | | | |
| 466. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 467. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 468. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 469. YUM, Inc | A | Dividend | J | T | | | | | |
| 470. Auto Owners Insurance - Annuity | A | Interest | K | T | | | | | |
| 471. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 472. Acuity Brands Inc. | A | Dividend | | | Sold (part) | 02/09/17 | J | A | |
| 473. | | | | | Sold | 04/25/17 | J | A | |
| 474. Akamai Tech Inc. | | None | | | Sold | 07/28/17 | J | A | |
| 475. Allergan | | None | | | Sold | 06/05/17 | J | A | |
| 476. Amazon.com Inc. | | None | K | T | Sold (part) | 11/28/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. American Tower Corp. | A | Dividend | J | T | Sold (part) | 09/19/17 | J | C | |
| 478. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 479. A.O. Smith Corp. | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 480. BNY Deposit | A | Dividend | J | T | | | | | |
| 481. Bristol-Myers Squibb | A | Dividend | | | Sold | 01/11/17 | J | A | |
| 482. Carter's Inc. | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | |
| 483. Celegene Corp. | | None | J | T | | | | | |
| 484. Charles Schwab Corp. | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 485. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 486. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 487. | | | | | Sold (part) | 10/10/17 | K | B | |
| 488. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 489. Dollar Tree Inc. | | None | J | T | Buy (add'l) | 04/24/17 | J | | |
| 490. | | | | | Sold (part) | 09/14/17 | J | A | |
| 491. Edwards Lifesciences | | None | K | T | Buy (add'l) | 12/15/17 | J | | |
| 492. EPAM Systems | | None | K | T | Buy | 05/15/17 | J | | |
| 493. | | | | | Buy (add'l) | 05/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 495. | | | | | Sold (part) | 11/15/17 | J | A | |
| 496. Facebook Inc. | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 497. | | | | | Sold (part) | 08/15/17 | J | B | |
| 498. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | Sold (part) | 10/23/17 | J | B | |
| 499. Guidewire Software | A | Dividend | J | T | Buy | 06/29/17 | J | | |
| 500. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 501. | | | | | Sold (part) | 09/08/17 | J | A | |
| 502. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 503. Henry Schein | | None | | | Sold (part) | 09/05/17 | J | A | |
| 504. | | | | | Sold | 11/20/17 | J | A | |
| 505. Illumina Inc. | | None | J | T | Buy | 08/08/17 | J | | |
| 506. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 507. Intuitive Surgical Inc. | | None | J | T | Sold (part) | 02/09/17 | J | A | |
| 508. | | | | | Sold (part) | 03/13/17 | J | A | |
| 509. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 510. KAR Auction Services Ind. | A | Dividend | J | T | Sold (part) | 06/29/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

04/30/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. LKQ Corp. | None | | J | T | Buy (add'l) | 11/03/17 | J | | |
| 512. O'Reilly Automotive Inc. | None | | | | Buy (add'l) | 04/24/17 | J | | |
| 513. | | | | | Sold | 05/31/17 | J | A | |
| 514. Omnicell Inc. | None | | J | T | Sold (part) | 09/08/17 | J | A | |
| 515. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 516. Proofpoint, Inc. | None | | J | T | Buy | 11/15/17 | J | | |
| 517. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 518. Red Hat Inc. | None | | J | T | Buy | 04/04/17 | J | | |
| 519. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 520. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 521. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 522. | | | | | Sold (part) | 10/04/17 | J | B | |
| 523. Salesforce.com | None | | K | T | Buy | 07/28/17 | J | | |
| 524. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 525. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 526. Splunk Inc. | None | | J | T | Buy | 09/05/17 | J | | |
| 527. | | | | | Buy (add'l) | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 37

Name of Person Reporting

Opperman, Daniel S.

Date of Report

04/30/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 529. | | | | | Sold (part) | 12/15/17 | J | B | |
| 530. SPS Commerce | | None | | | Sold | 09/22/17 | J | A | |
| 531. Signature Bank NY | | None | J | T | Buy (add'l) | 03/03/17 | J | | |
| 532. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 533. | | | | | Sold (part) | 11/03/17 | J | A | |
| 534. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 535. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | |
| 536. | | | | | Sold (part) | 08/09/17 | J | A | |
| 537. The Ultimate Software Group | | None | J | T | Sold (part) | 01/09/17 | J | A | |
| 538. | | | | | Sold (part) | 08/10/17 | J | A | |
| 539. Ulta Salon | | None | J | T | Buy (add'l) | 07/12/17 | J | | |
| 540. | | | | | Sold (part) | 09/14/17 | J | A | |
| 541. Verisk Analytics | | None | | | Sold | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 04/30/2018 |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Opperman, Daniel S. | 04/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544